UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KATHY YOUNG, ET AL., | ) | CASE NO.1:06CV1486 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| FIRST MERIT BANK, N.A. | ) | ORDER |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

The Court, having been informed by the Sixth Circuit in its dismissal filed March 26, 2008 that the Appeal in this case has been dismissed, set an attorney's conference on April 15, 2008 at 3:00 PM. Due to the length of time this case has been inactive, the parties shall be prepared to discuss new case management dates. All pending motions are overruled as moot, subject to refiling after a new case management schedule has been determined at the above scheduled conference.

IT IS SO ORDERED.

FILED
MAR 27 2008
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

_Christopher A. Boyko_
CHRISTOPHER A. BOYKO
United States District Judge