**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| KATHY YOUR, | ) | CASE NO. 1:06CV1486 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRSTMERIT BANK, N.A., | ) | |
| | ) | |
| Defendant(s). | ) | **J U D G M E N T** |

The Court has filed its Opinion and Order in the above-captioned matter. Accordingly, this action is remanded to the Cuyahoga County Court of Common Pleas for further action according to law.

IT IS SO ORDERED.

    S/Christopher A. Boyko
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

November 13, 2008